# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GEORGE EDWARD CLARK,

    Petitioner,                      Civil No. 2:16-CV-11959
                                    HONORABLE VICTORIA A. ROBERTS
v.                                    UNITED STATES DISTRICT JUDGE

NOAH NAGY,

    Respondent,
_____/

## JUDGMENT

The above entitled came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Memorandum Opinion and Order entered on July 3, 2018:

The Petition for Writ of Habeas Corpus is CONDITIONALLY GRANTED.

Dated at Detroit, Michigan, this 3d, day of July, 2018.

                                                              DAVID J. WEAVER
                                                              CLERK OF THE COURT

                                                     BY: S/ Linda Vertriest
                                                          DEPUTY CLERK

APPROVED:

S/ VICTORIA A. ROBERTS
HON. VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE